MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
DAVID E. PINCH (State Bar No. 124851)
dep@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL NOBLE,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 100, inclusive;,<br><br>Defendants. | CASE NO. 5:15-cv-03999-BLF-NC<br><br>**DEFENDANT'S STATEMENT THAT MOTION TO DISMISS IS UNOPPOSED**<br><br>Hearing: December 3, 2015<br>Time:    9:00 a.m.<br>Dept:    3<br><br>Removed from Monterey Case No. M133032<br><br>Action Filed: August 17, 2015<br>Trial Date:   None Set |

Defendant Bank of America, N.A. filed a motion to dismiss this action under Federal Rules of Civil Procedure Rule 12(b)(6) on September 8, 2015. The Plaintiff's opposition was due on September 22, 2015. As of October 1, 2015, no opposition has been filed. The motion to dismiss is unopposed and should be dismissed.

70000.2383/5162166.1                                                          5:15-cv-03999-BLF-NC
DEFENDANT'S STATEMENT THAT MOTION TO DISMISS IS UNOPPOSED

| | | |
|---|---|---|
| 1 | DATED: October 1, 2015 | SEVERSON & WERSON |
| 2 | | A Professional Corporation |
| 4 | | By:   /s/ David E. Pinch |
| 5 | | David E. Pinch |
| 6 | | Attorneys for Defendant BANK OF |
| 7 | | AMERICA, N.A. |