UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL NOBLE,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 100, inclusive;,<br><br>Defendants. | CASE NO. 5:15-cv-03999-BLF-NC<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE AFTER FAILURE TO TIMELY AMEND**<br><br>[Re: ECF 10]<br><br>Action Filed:  August 17, 2015<br>Trial Date:      None Set |

On October 29, 2015, this Court issued an Order Granting Defendant's Motion to Dismiss. The Court set forth its finding of facts and conclusions of law in that Order which is filed as ECF No. 16. The Order provided Plaintiff leave to amend the Complaint no later than November 12, 2015, and it stated that failure to do so will cause the case to be dismissed with prejudice.

More than seven days have passed since the November 12, 2015, deadline. No amended Complaint has been filed. Accordingly, GOOD CAUSE appearing:

IT IS HEREBY ORDERED that the motion to dismiss this action is granted. The action is dismissed with prejudice.

DATED: November 19, 2015

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

70000.2383/5715760.1                                                                                                 5:15-cv-03999-BLF-NC